FILED
CLERK, U.S. DISTRICT COURT
3/5/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA F. MIRANDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 8:18-cv-00130-ODW-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation of the parties, the Certified Administrative Record, and all other records on file, as well as the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the United States Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered reversing the final decision of the Commissioner and remanding this matter for further administrative proceedings.

IT IS SO ORDERED.

DATED: March 5, 2019

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE