JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/5/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALICIA F. MIRANDA,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 8:18-cv-00130-ODW-MAA

**JUDGMENT**

   In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: March 5, 2019

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE